# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| CHARLES DEWITT, <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY STORES, L.P. d/b/a BEST BUY: RFA Brands, LLC, d/b/a RFA Brands and DOES AND ROES 1 through 10, <br><br> Defendant. | Cause No. 6:22-cv-00075-BMM <br><br> **ORDER TO APPEAR REMOTELY** |

Pursuant to Defendant Best Buy Stores, L.P.'s Unopposed Motion to Appear Remotely and good cause appearing, IT IS HEREBY ORDERED that Best Buy Stores, L.P.'s Motion (Doc. 28) is GRANTED. Counsel for Best Buy Store, L.P. may appear remotely. Counsel for Best Buy will contact the Clerk of Court in the Great Falls Division for the Zoom link.

DATED this 10th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court