IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHARLES DEWITT,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>BEST BUY STORES, L.P. d/b/a BEST BUY; RFA Brands, LLC, d/b/a RFA Brands and DOES AND ROES 1 through 10.<br><br>　　　　　Defendants. | Case No.: 6:22-CV-00075-BMM-JTJ<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

　　The parties have stipulated to the dismissal of the above-titled cause with prejudice. For good cause showing, this Court HEREBY ORDERS that the above-titled cause is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

　　DATED this 7th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court